UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JOSEPH EBIN and YERUCHUM JENKINS,   :
individually and on behalf of all   :
others similarly situated,   :
   :
     Plaintiffs,   :
   :
     -v-   :
   :
KANGADIS FAMILY MANAGEMENT LLC,   :
ARISTIDIS KANGADIS, ANDROMAHI   :
KANGADIS, and THEMIS KANGADIS,   :
   :
     Defendants.   :
------------------------------------x

10/28/14

14-cv-1324 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

Defendants' summary judgment motion is granted because plaintiffs have failed to adduce competent evidence from which any reasonable juror could conclude that defendants used their alleged domination of Kangadis Food Inc. as a means to accomplish the fraud here alleged. The Court will issue in due course an opinion elaborating the reasons for this ruling, at which time final judgment will be entered. Until then, the case is stayed in all respects.

     SO ORDERED.

Dated:   New York, NY
        October 23, 2014

JED S. RAKOFF, U.S.D.J.